JOSEPH A. POWERS, as Executor of ALBERT E. POWERS, Deceased, Respondent, *v.* CHARLES LANSING, Appellant, Impleaded with Others.

*Powers* v. *Lansing,* 150 App. Div. 896, affirmed.
(Argued April 25, 1913; decided May 13, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department entered April 6, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*H. D. Bailey* and *Thomas T. Fagan* for appellant.

*Thomas O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.